# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS QUINTANA-ARIAS,<br><br>Defendant. | Case No.: 21-CR-3455-JLS<br><br><br>**ORDER** |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing Trial Setting currently scheduled for January 21, 2022, be continued to March 4, 2022, at 1:30 PM.

**IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act at 18 U.S.C. § 3161(h)(7).  For the reasons set forth in the joint motion, the Court finds that the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated:  January 18, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge