# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS QUINTANA-ARIAS,<br><br>    Defendant. | CASE NO.:  21CR3455-JLS-1<br><br>Hon. Janis L. Sammartino<br>Date: July 20, 2022<br>Time: 1:30 p.m.<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

JOINT MOTION HAVING BEEN ENTERED by the parties, and

GOOD CAUSE appearing, IT IS HEREBY ORDERED, that defendant's Motion Hearing/Trial Setting be continued from June 17, 2022 1:30 p.m. to July 20, 2022 at 1:30 p.m. before Honorable Janis L. Sammartino.

The parties jointly agree that time should be excluded from the Speedy Trial Act to allow for preparation of Mr. Quintana-Arias's defense and in the interests of justice, 18 U.S.C. §3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated: June 13, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge